# EXHIBIT 9

Hunt, Steel, Plant Riverside, and the Kessler Entities' Acknowledgement of Service of the Amended Complaint and Stipulation that the Amended Complaint would be come the operative pleading

# IN THE STATE COURT OF CHATHAM COUNTY
# STATE OF GEORGIA

ALBERT MARSHALL,

    Plaintiff,

CIVIL ACTION NO.: STCV21-00567

VS.

HUNT CONSTRUCTION GROUP, INC.
aka AECOM HUNT, STEEL, LLC,
PLANT RIVERSIDE, LLC, KESSLER
COLLECTION MANAGEMENT, LLC,
THE KESSLER ENTERPRISE, INC.,
JOHN AND JANE DOES 1-30; and
BUSINESS/CORPORATE ENTITIES A-Z

    Defendants.

## ACKNOWLEDGMENT OF SERVICE AND STIPULATION

COME NOW Hunt Construction Group, Inc. aka AECOM Hunt, Steel, LLC, Plant Riverside, LLC, Kessler Collection Management, LLC, and The Kessler Enterprise, Inc., ("Defendants"), by and through their undersigned counsel of record, and hereby acknowledge service of the Amended Complaint in the above-styled civil action and waive any further requirements of personal service or process pursuant to O.C.G.A. § 9-11-4(d). In the Parties Stipulation Extending the Time for Defendants to File Response to Plaintiff's Original Complaint filed on April 30, 2021, the Parties stipulated that the "Amended Complaint will become the operative pleading in this case once filed." Thus, the Parties have agreed to treat the Original Complaint as withdrawn and the Amended Complaint as the operative pleading in this case.

In accordance with O.C.G.A. § 9-11-4(d), Defendants do not waive any objections to venue or the jurisdiction of the Court or any additional defenses which they may assert in this matter.

The Parties hereby stipulate that Defendants' time to Answer or otherwise respond to the Amended Complaint will be due on or before **June 25, 2021**.[1]

This 1st day of June, 2021.

/s/ *Joshua S. Wood*
Joshua S. Wood
Georgia Bar No.: 881696
Matthew A. Marrone
Georgia Bar No.: 153065
Michael N. Weathington
Georgia Bar No.: 558471

*Attorneys for Defendants*

3344 Peachtree Road, N.E.,
Suite 2400
Atlanta, Georgia 30326
Telephone: (404)-876-2700
Facsimile: (404)-875-9433
jwood@wwhgd.com
mmarrone@wwhgd.com
mweathington@wwhgd.com

---

[1] Counsel for Plaintiff has expressly authorized counsel for Defendants to represent to the Court that Plaintiff has stipulated and agreed that Defendants' time to Answer or otherwise respond to the Amended Complaint is due on or before **June 25, 2021**.

RECEIVED FOR FILING, STATE COURT-CLERK CHATHAM CO. GA, 05/24/2021 4:26 PM
Case 4:22-cv-00049-RSB-CLR  Document 1-9  Filed 02/23/22  Page 4 of 4
*signature* -Clerk of Court

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading has been served via ECF Odyssey to counsel of record as follows:

Willie J. Walker
625 West Union Street, Suite #3
Jacksonville, FL 32202
Tel: (904) 358-7104

Shaquandra A. Woods
5501 Wesconnett Street, Unit #7115
Jacksonville, FL 32244
Tel: (904) 451-7321

*Attorneys for Plaintiff*

This 24th day of May, 2021.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ *Joshua S. Wood*
Joshua S. Wood
Georgia Bar No.: 881696
Matthew A. Marrone
Georgia Bar No.: 153065
Michael N. Weathington
Georgia Bar No.: 558471

*Attorneys for Defendants*

3344 Peachtree Road, N.E.,
Suite 2400
Atlanta, Georgia 30326
Telephone: (404)-876-2700
Facsimile: (404)-875-9433
jwood@wwhgd.com
mmarrone@wwhgd.com
mweathington@wwhgd.com