# EXHIBIT 26

# Consent Motion for Dismissal With Prejudice of Kessler Collection and Enterprise

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

ALBERT MARSHALL,     CIVIL ACTION NO.: STCV21-00567

    Plaintiff,

VS.

HUNT CONSTRUCTION GROUP, INC.
aka AECOM HUNT, STEEL, LLC,
PLANT RIVERSIDE, LLC, KESSLER
COLLECTION MANAGEMENT, LLC,
THE KESSLER ENTERPRISE, INC.,
JOHN AND JANE DOES 1-30; and
BUSINESS/CORPORATE ENTITIES A-Z

    Defendants.

## CONSENT MOTION FOR DISMISSAL WITH PREJUDICE OF KESSLER COLLECTION MANAGEMENT, LLC AND THE KESSLER ENTERPRISE, INC.

COME NOW Plaintiff Albert Marshall and Kessler Collection Management, LLC and The Kessler Enterprise, Inc. (collectively the Parties"), by and through their undersigned counsel of record, and hereby move this Court for an Order dismissing Kessler Collection Management, LLC and The Kessler Enterprise Inc. from the above-styled action with prejudice. The Parties advise the Court that this cause has been amicably settled between the Parties. As a result, the Parties hereto agree that Kessler Collection Management, LLC and The Kessler Enterprise, Inc. should now be dismissed with prejudice, with each party to bear its own attorney's fees and costs. Hunt Construction Group, Inc. and Steel, LLC, were previously dismissed from this action, and the only remaining Defendant, Plant Riverside, LLC, consents to this dismissal.

An order of the Court is required because the dismissal sought is a dismissal of less than all of the defendants. *See Gresham v. Harris*, 329 Ga. App. 465, 466 (2014). For the Court's

convenience, a proposed Order of Dismissal of Kessler Collection Management, LLC and The Kessler Enterprise, Inc. is attached.

WHEREFORE, the parties respectfully request that this Motion be GRANTED, and that the attached Order or a similar order dismissing Kessler Collection Management, LLC and The Kessler Enterprise, Inc. from the above-styled action with prejudice be entered.

Respectfully submitted this 7th day of February, 2022.

*/s/ Willie J.Walker (with express permission)*
Willie J. Walker
Georgia Bar No.: 732900
625 West Union Street, Suite #3
Jacksonville, FL 32202
Tel: (904) 358-7104
*Attorney for Plaintiff*

Shaquandra A. Woods
Georgia Bar No.: 579239
5501 Wesconnett Street, Unit #7115
Jacksonville, FL 32244
Tel: (904) 451-7321
*Co-Counsel for Plaintiff*


WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Matthew A. Marrone*
Joshua S. Wood
Georgia Bar No.: 881696
Matthew A. Marrone
Georgia Bar No.: 153065
Michael N. Weathington
Georgia Bar No.: 558421
3344 Peachtree Road, N.E.,
Suite 2400
Atlanta, Georgia 30326
Telephone: (404)-876-2700
Facsimile: (404)-875-9433

*Attorneys for Kessler Collection Management, LLC and The Kessler Enterprise, Inc.*

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

ALBERT MARSHALL,

    Plaintiff,

VS.

HUNT CONSTRUCTION GROUP, INC.
aka AECOM HUNT, STEEL, LLC,
PLANT RIVERSIDE, LLC, KESSLER
COLLECTION MANAGEMENT, LLC,
THE KESSLER ENTERPRISE, INC.,
JOHN AND JANE DOES 1-30; and
BUSINESS/CORPORATE ENTITIES A-Z

    Defendants.

CIVIL ACTION NO.: STCV21-00567

## ORDER OF DISMISSAL WITH PREJUDICE OF KESSLER COLLECTION MANAGEMENT, LLC AND THE KESSLER ENTERPRISE, INC.

Whereas Plaintiff and Kessler Collection Management, LLC and The Kessler Enterprise, Inc. (collectively "the Parties") have amicably settled between the Parties and moved for dismissal with prejudice of Kessler Collection Management, LLC and The Kessler Enterprise, Inc. with the consent of all parties remaining in this case, **IT IS HEREBY ORDERED** that Kessler Collection Management, LLC and The Kessler Enterprise, Inc. are dismissed from the case with prejudice.

SO ORDERED This the ____ day of _____ 2022.

_____
HONORABLE JUDGE GREGORY V. SAPP
CHATHAM COUNTY STATE COURT

Prepared this 7th day of February, 2022 by:

2

      WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

      <u>/s/ Matthew A. Marrone</u>
      Joshua S. Wood
      Georgia Bar No.: 881696
      Matthew A. Marrone
      Georgia Bar No.: 153065
      Michael N. Weathington
      Georgia Bar No.: 558421
      3344 Peachtree Road, N.E., Suite 2400
      Atlanta, Georgia 30326
      Telephone: (404)-876-2700
      Facsimile:  (404)-875-9433

      *Attorneys for Kessler Collection Management, LLC and The Kessler Enterprise, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing CONSENT MOTION FOR DISMISSAL WITH PREJUDICE OF KESSLER COLLECTION MANAGEMENT, LLC AND THE KESSLER ENTERPRISE, INC. via the Court's electronic filing system which will automatically serve a copy upon the following counsel of record:

| | |
|---|---|
| WILLIE J. WALKER, ESQUIRE<br>Attorney for Plaintiff<br>625 West Union Street, Suite #3<br>Jacksonville, FL 32202 | SHAQUANDRA A WOODS, ESQ<br>Co-Counsel for Plaintiff<br>5501 Wesconnett Street, Unit# 7115<br>Jacksonville, FL 32244 |

This 7th day of February, 2022.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ Matthew A. Marrone
Matthew A. Marrone
Georgia Bar No.: 153065
*Attorneys for Kessler Collection Management, LLC and The Kessler Enterprise, Inc.*