# EXHIBIT 27

# State Court's Order of Dismissal With Prejudice of Kessler Collection and Enterprise

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

ALBERT MARSHALL,

      Plaintiff,

VS.

HUNT CONSTRUCTION GROUP, INC.
aka AECOM HUNT, STEEL, LLC,
PLANT RIVERSIDE, LLC, KESSLER
COLLECTION MANAGEMENT, LLC,
THE KESSLER ENTERPRISE, INC.,
JOHN AND JANE DOES 1-30; and
BUSINESS/CORPORATE ENTITIES A-Z

      Defendants.

CIVIL ACTION NO.: STCV21-00567

### ORDER OF DISMISSAL WITH PREJUDICE OF KESSLER COLLECTION MANAGEMENT, LLC AND THE KESSLER ENTERPRISE, INC.

Whereas Plaintiff and Kessler Collection Management, LLC and The Kessler Enterprise, Inc. (collectively "the Parties") have amicably settled between the Parties and moved for dismissal with prejudice of Kessler Collection Management, LLC and The Kessler Enterprise, Inc. with the consent of all parties remaining in this case, **IT IS HEREBY ORDERED** that Kessler Collection Management, LLC and The Kessler Enterprise, Inc. are dismissed from the case with prejudice.

SO ORDERED This the  9th  day of   Feb    2022.

                                HONORABLE JUDGE GREGORY V. SAPP
                                CHATHAM COUNTY STATE COURT

Prepared this 7th day of February, 2022 by:

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

*/s/ Matthew A. Marrone*
Joshua S. Wood
Georgia Bar No.: 881696
Matthew A. Marrone
Georgia Bar No.: 153065
Michael N. Weathington
Georgia Bar No.: 558421
3344 Peachtree Road, N.E.,
Suite 2400
Atlanta, Georgia 30326
Telephone: (404)-876-2700
Facsimile:  (404)-875-9433

*Attorneys for Kessler Collection Management, LLC and The Kessler Enterprise, Inc.*

2