IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALBERT MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>PLANT RIVERSIDE, LLC; JOHN AND JANE DOES 1–30; and BUSINESS/CORPORATE ENTITIES A–Z,<br><br>    Defendants. | CIVIL ACTION NO.: 4:22-cv-49 |

**O R D E R**

Before the Court is a Join Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for the sole named Defendant in this action on April 19, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this action, with each party to bear its own fees and costs. (Doc. 6.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**. The Clerk is hereby authorized and directed to **TERMINATE** all pending motions and to **CLOSE** this case.

**SO ORDERED**, this 21st day of April, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA